IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:24-CV-00045

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $42,181 IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| LEVERNE DOUGLAS ON SEPTEMBER 20, ) | |
| 2023, AT THE CHARLOTTE-DOUGLAS ) | |
| INTERNATIONAL AIRPORT ) | |

**THIS MATTER** is before the court on the Government's Motion for Entry of Default Judgment (Doc. No. 7). Having considered the Motion and the pleadings, the motion is **GRANTED** and this Court orders as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, (Doc. No. 7), is **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities with respect to the following Defendant Property:

Approximately $42,181 in United States Currency seized from Leverne Douglas on September 20, 2023, at the Charlotte-Douglas International Airport.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: July 22, 2024

Frank D. Whitney
United States District Judge